UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND JAMES & ASSOCIATES,
INC.,

        Plaintiff,
v.                          Case No. 8:10-cv-512-T-33AEP

WELLS FARGO ADVISORS, LLC,

        Defendant.
_____/

**ORDER**

This matter is before the Court *sua sponte*. Because of her financial interest in one or more of the entities involved in this matter, as well as her personal familiarity with the allegations in this case concerning broker and client relationships, the undersigned, to avoid even the appearance of impropriety and in an abundance of caution, recuses herself from this case pursuant to 28 U.S.C. § 455(a).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. The undersigned is recused from this case.

2. The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th

day of February 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record